UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES R. RANKIN, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:21-cv-119 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| BERRIEN COUNTY, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 11, 2021                             /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge